Moses Feltenstein and Another v. Baltrus S. Yankaus. Moses Feltenstein and Another v. Baltrus S. Yankaus.— Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Holzman-Cohen Company v. Edward P. Teague.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Harry C. Fisher v. Carroll M. Robertson.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Lanier McKee v. George H. Munroe.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Edward Lovitt v. Illinois Surety Company.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Marie Raab and Others v. National Slavonic Society of United States.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Albert S. Koenig v. Nathan Vidaver and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Bramhall Deane Company v. Mary E. McDonald.— Application granted. Order signed. Motion for stay granted on conditions stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Harsen-Langham Corporation v. Alice W. Van Ness.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Joseph J. Jermyn v. Frederick F. Searing and Others.— Motion for stay granted on terms stated in memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Louis Blumenberg and Others, v. Ernest F. Eilert and Others.— Motion to extend time to plead granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Julia R. Kelsey v. William Bradley.— Motion to correct record granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Joseph Kronethal.— Motion for stay granted on terms stated in memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Nathan Tolk.— Referred to Hon. James A. Blanchard, official referee. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.